**Opinion issued December 15, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00781-CV

———————————

## IN RE ROBBYE R. HANNAH, Relator

———————————

## Original Proceeding on Petition for Writ of Mandamus and Writ of Injunction

———————————

### MEMORANDUM OPINION

Robbye R. Hannah, acting pro se, has filed a petition for writ of mandamus and writ of injunction.[1] We deny the petition. We dismiss all pending motions as moot.

---

[1]     The underlying case is *Robbye Rena Hannah v. Ryan Rhode, et al.*, cause number 2019-79751, pending in the 189th District Court of Harris County, Texas, the Honorable Scot Dollinger presiding.

# PER CURIAM

Panel consists of Justices Keyes, Lloyd, and Landau.